UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ZIJAD BOSNIC,

    Plaintiff,

v.                                                  CASE NO.  3:17-cv-826-J-32JBT

ANDREW MCCABE, Acting Director of the
Federal Bureau of Investigation, et al.,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Motions to Appear Pro Hac Vice on Behalf of Gadeir I. Abbas, Esq. and Lena F. Masri, Esq. ("Motions") (**Docs. 3 & 4**).  Upon consideration, the Motions are due to be denied without prejudice because they do not comply with all requirements set forth in Local Rule 2.02(a). Specifically, the Motions do not state whether Mr. Abbas and Ms. Masri are "member[s] in good standing of the bar of any District Court of the United States." M.D. Fla. R. 2.02(a).

Accordingly, it is **ORDERED**:

The Motions (**Docs. 3 & 4**) are **DENIED without prejudice** to refiling in accordance with this Order.

**DONE AND ORDERED** at Jacksonville, Florida, on July 28, 2017.

*[signature: Joel B. Toomey]*

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record