**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **ZIJAD BOSNIC**,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**ANDREW MCCABE**, Acting Director of the  )<br>Federal Bureau of Investigation, et al.;  )<br>  )<br>    Defendants.  ) | **Case No. 3:17-cv-826-J-32JBT**<br>**Hon. Timothy J. Corrigan** |

_____/

## MOTION TO APPEAR PRO HAC VICE ON BEHALF OF LENA F. MASRI, ESQ.

Pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, the undersigned counsel moves for the admission of Ms. Lena F. Masri, Esq., who is a member in good standing in the United States Eastern District Court of Michigan, as pro hac vice counsel for Plaintiff Zijad Bosnic and consent to serve as local counsel. A Special Admission Attorney Certification signed by Ms. Masri is attached as Exhibit A to this Motion, the original of which has been mailed to the Office of the Clerk along with a check to cover the admission fee.

Respectfully submitted,

/s/ Omar Saleh
Omar Saleh, Esq.
Florida Bar No.: 91216
CAIR, Florida, Inc.
8076 N. 56th Street
Tampa, Florida 33617
Phone: (813) 514-1414
Facsimile: (813) 987-2400
Email: osaleh@cair.com

1

Date:  July 31, 2017

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 31, 2017, I electronically filed the foregoing document with the Clerk of the Court for the Middle District of Florida using the ECF System, which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

                                              /s/ Omar Saleh