IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| ZIJAD BOSNIC, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )     Case No. 3:17-cv-826 (TJC/JBT) <br> ) |
| CHRISTOPHER WRAY, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

**CONSENT MOTION TO EXTEND DEFENDANTS' DEADLINE BY WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants respectfully move the Court for a brief extension of time—from February 6, 2018 to February 15, 2018—in which to answer or otherwise respond to Plaintiff's Complaint in the above-captioned matter. The undersigned defense counsel has conferred with Plaintiff's counsel, who consents to the requested relief.

The U.S. Attorney's Office for the Middle District of Florida, Jacksonville Division, was served with Plaintiff's Complaint via certified mail on December 8, 2017; accordingly, Defendants' deadline to respond to the Complaint is currently February 6, 2018. In light of other litigation obligations, defense counsel respectfully requests a brief extension of time to answer or otherwise respond to the Complaint. Specifically, Defendants request that they be granted until February 15, 2018 to respond to the Complaint; this extension, if granted, would allow Defendants nine additional days to prepare their response. Pursuant to Local Rule 3.01(g), Plaintiff consents to the requested relief.

Dated: January 30, 2018                              Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

CHAD READLER
Acting Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Antonia Konkoly*
ANTONIA KONKOLY
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
20 Massachusetts Avenue NW
Phone: 202-514-2395
Email:  antonia.konkoly@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2018, I filed the foregoing via the CM/ECF system, which will send a Notification of Electronic Filing to:

**Ahmed Mohamed**
Council on American-Islamic Relations
453 New Jersey Ave., SE
Washington, DC 20003
202/488-8787
Fax: 202/379-3317
Email: amohamed@cair.com

**Gadeir I. Abbas**
CAIR National Legal Defense Fund
453 New Jersey Ave., SE
Washington, DC 20003
202/488-8787
Fax: 202/379-3317
Email: gabbas@cair.com

**Lena F. Masri**
CAIR National Legal Defense Fund
453 New Jersey Ave., SE
Washington, DC 20003
202/742-6420
Fax: 202/379-3317
Email: lmasri@cair.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omar Mustafa Saleh**
CAIR - Florida
8076 N 56th St
Tampa, FL 33617
813/514-1414
Fax: 813/987-2400
Email: omar@synergylaw.us

**Tark Richard Aouadi**
Aouadi Law
283 Cranes Roost Blvd., Ste 111
Altamonte Springs, FL 32701
407/339-0543

Email: tark@aouadilaw.com

**Thania Diaz Clevenger**
CAIR - Florida
8076 N 56th St
Tampa, FL 33617
813-514-1414
Email: tclevenger@cair.com

/s/ *Antonia Konkoly*
ANTONIA KONKOLY
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
20 Massachusetts Avenue NW
Phone: 202-514-2395
Email:  antonia.konkoly@usdoj.gov