# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ZIJAD BOSNIC,

    Plaintiff,

v.

Case No. 3:17-cv-826-J-32JBT

CHRISTOPHER WRAY, Director of the Federal Bureau of Investigation, in his official capacity, CHARLES H. KABLE, IV , Director of the Terrorism Screening Center, in his official capacity, DAVID PEKOSKE, Administrator of the Transportation Security Administration, in his official capacity, KEVIN K. MCALEENAN, Acting Commissioner United States Customs and Border Protection; in his official capacity, and RUSSELL E. TRAVERS, Acting Director of the National Counterterrorism Center, in his official capacity,

    Defendants.

## **O R D E R**

This case is before the Court on the Defendants' Motion to Dismiss, (Doc. 23). On July 10, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 31) recommending that the Motion to

Dismiss be granted in part and denied in part, the complaint be dismissed without prejudice, and that Plaintiff be given twenty days to file an amended complaint. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 31), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 31) is **ADOPTED** as the opinion of the Court.

2. Defendants' Motion to Dismiss (Doc. 23) is **GRANTED in part** and **DENIED in part** as stated in the Report and Recommendation.

3. The Complaint, (Doc. 1), is **DISMISSED without prejudice**.

4. Not later than **August 24, 2018**, Plaintiff may file an amended complaint that addresses the concerns stated in the Magistrate Judge's Report and Recommendation. Not later than **September 21, 2018**, Defendants must respond to the amended complaint.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of August, 2018.

*/s/ Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record